United States District Court
Southern District of Texas
**ENTERED**
December 20, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMADO LACAP, *et al* | § § | |
| VS | § § § | CIVIL ACTION NO. H-24-4106 |
| GRYPHON HEALTHCARE, LLC. | § | |

## ORDER OF DISMISSAL

In accordance with Stipulation of Dismissal filed on December 16, 2024 (Doc. No. 13), this case is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

SIGNED on this 19th day of December 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE